# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JOSEPH CASTILLO,** | * | |
| **an individual,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| **v.** | * | **Case No.  5:22-cv-00777** |
| | * | |
| **CHO OK SANG,** | * | |
| **an individual,** | * | |
| | * | |
| **DEFENDANT.** | * | |

## ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS

Pursuant to the provision of 28 U.S.C. § 1915, permission is hereby granted for the above-named plaintiff(s) to proceed *in forma pauperis* in this Court until judgment is entered herein.


SIGNED on  _____, 2022.



_____

By: _____

Presiding Judge