**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOSEPH CASTILLO,**<br>**an individual,** | * | |
| | * | |
| | * | |
| **PLAINTIFF,** | * | |
| **v.** | * | |
| | * | **Case No.  5:22-cv-00777-JKP-RBF** |
| **CHO OK SANG,**<br>**an individual,** | * | |
| | * | |
| | * | |
| **DEFENDANT.** | * | |

## ADVISORY TO THE COURT

Comes now the Plaintiff, JOSEPH CASTILLO ("JOSEPH" or "Plaintiff"), by and through counsel of record, and advises this Court that Plaintiff has become aware of a ruling by Judge Xavier Rodriguez in the Western District on a nearly identical motion to dismiss making the same arguments as were made in this case (See *Castillo v. Hank Sully LLC, Case# 5:22-CV-00472-XR*) and the Judge denied the motion, upheld Plaintiff's standing and affirmed subject matter jurisdiction.

The Court has not yet entered the Judge's ruling.  As soon as the Court enters Judge Rodriguez's denial of the motion to dismiss, Plaintiff intends to file that Order as supplemental authority in this case.

Dated this the 1st day of December, 2022.

Respectfully submitted,

By:*/s/ Duncan Strickland*
Duncan Strickland
Counsel for Plaintiff
State Bar No.:  24072374
13423 Blanco Road, #936
San Antonio, TX 78216
Telephone: (210) 504-7874
Facsimile: (832) 218-4317
E-mail:  Duncan@StricklandLawFirm.com

## CERTIFICATE OF SERVICE

In accordance with Texas Rule of Civil Procedure 21a, I certify that I served the foregoing document on December 1, 2022, on the following parties via CM/ECF:

*/s/ Duncan Strickland*

Geoffrey N. Courtney
111 Soledad St., Suite 540
San Antonio, TX 78205
Tel: (210) 227-7121
Fax: (210) 227-0732
Email: GNCourtney@GNCourtney.com

James Harrington
5304 Halmark Drive
Austin, TX 78723
Tel: (512) 771-1759
Email: Jim.Harrington.Austin@gmail.com